UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DEJIAN SHIV JOHL,<br><br>        Defendant. | No. 2:25-cr-75 WBS<br><br><br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SADIE AMBER BRAMLETTE,<br><br>        Defendant. | No. 2:25-cr-139 DC |

1

1                         ----oo0oo----

2              Examination of the above-entitled actions reveals that
3    they are related within the meaning of Local Rule 123(a), because
4    the two cases involve the same alleged drug conspiracy.
5    Accordingly, the assignment of the matters to the same judge is
6    likely to effect a substantial saving of judicial effort and is
7    also likely to be convenient for the parties.

8              The parties should be aware that relating the cases
9    under Local Rule 123 merely has the result that both actions are
10   assigned to the same judge; no consolidation of the actions is
11   effected.  Under the regular practice of this court, related
12   cases are generally assigned to the judge and magistrate judge to
13   whom the first filed action was assigned.

14             IT IS THEREFORE ORDERED that the actions denominated
15   United States v. Johl, 2:25-cr-75 WBS, and United States v.
16   Bramlette, 2:25-cr-139 DC be, and the same hereby are, deemed
17   related.  The case denominated United States of United States v.
18   Bramlette, 2:25-cr-139 DC, shall be reassigned to Judge WILLIAM
19   B. SHUBB.  Any dates currently set in the reassigned case only
20   are hereby VACATED.  Henceforth, the captions on documents filed
21   in the reassigned case shall be shown as United States v.
22   Bramlette, 2:25-cr-139 WBS.

23             IT IS FURTHER ORDERED that the Clerk of the Court make
24   an appropriate adjustment in the assignment of cases to
25   compensate for this reassignment.

26   Dated:  June 6, 2025

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE