TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
SADIE AMBER BRAMLETTE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:25-cr-0139 WBS |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) CONTINUANCE OF SENTENCING AND |
| v. | ) NEW DISCLOSURE DATES; FINDINGS |
| | ) AND ORDER |
| SADIE AMBER BRAMLETTE, | ) |
| Defendant. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JASON HITT, and the Defendant, SADIE AMBER BRAMLETTE, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.  By previous order, this matter was set for sentencing before Judge William B. Shubb on September 29, 2025.

2.  By this stipulation, the defendant now moves to reset the sentencing from September 29, 2025 to December 1, 2025, and to reset the disclosure dates.

3.  The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

1

a. According to the PSR disclosure dates, the draft PSR was timely filed on August 18, 2025. The informal objections are due on September 1, 2025.

b. Counsel promptly arranged for the draft PSR to be mailed to Ms. Bramlette who is housed at the Yuba County Jail. Counsel has tried to facilitate visits with Ms. Bramlette via Zoom which have been helpful.

c. The draft PSR contained significant adjustments/additional specific offense characteristics above the estimated guidelines counsel contemplated in the plea agreement. A significant amount of effort needs to be expended in order to prepare the informal objections with Ms. Bramlette in light of these changes and the guidelines calculations.

d. Although counsel is obligated by ethics to continue to represent Ms. Bramlette while no CJA payments are being distributed, my providers are not. All CJA attorneys and providers are not getting compensated from July 2, 2025 until October 2025 (at the soonest). That October date has now come under scrutiny as to whether payments will even resume in October. Counsel needs significant efforts expended by providers to investigate and gather mitigation information in order to prepare for her sentencing.

e. Counsel for the defendant requires additional time to thoroughly review the draft PSR with Ms. Bramlette, research and prepare informal objections, consult with her client and relevant experts/providers once their funding resumes, and to discuss the consequences and the higher estimated advisory guidelines.

g. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h. The government and probation do not object to the continuance.

i. Based on the above, the defense requests the following new sentencing date along with new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | December 1, 2025 |
| Reply, or Statement of Non-Opposition: | November 24, 2025 |
| Formal Objections to the PSR: | November 17, 2025 |
| Final PSR: | November 10, 2025 |
| Counsel's Informal Objections: | November 3, 2025 |

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  August 22, 2025          by:     /s/Tasha Chalfant for
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Dated:  August 22, 2025          by:     /s/Tasha Chalfant
                                         TASHA CHALFANT
                                         Attorney for Defendant
                                         SADIE AMBER BRAMLETTE

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for September 29, 2025 be continued to December 1, 2025, along with the following new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | **December 1, 2025, 10:00 a.m.** |
| Reply, or Statement of Non-Opposition: | November 24, 2025 |
| Formal Objections to the PSR: | November 17, 2025 |
| Final PSR: | November 10, 2025 |
| Counsel's Informal Objections: | November 3, 2025 |

IT IS SO FOUND AND ORDERED.

Dated:  August 25, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE