1 | TASHA PARIS CHALFANT (SBN 207055)
  | TASHA PARIS CHALFANT LAW PC
2 | 13620 Lincoln Way, Suite 325
  | Auburn, California 95603
3 | Tel. (916) 444-6100
4 | Fax (916) 930-6093
  | E-mail: tashachalfant@gmail.com
5
  | Attorney for Defendant
6 | SADIE AMBER BRAMLETTE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-0139 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING AND NEW DISCLOSURE DATES; FINDINGS AND ORDER |
| v. | |
| SADIE AMBER BRAMLETTE, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JASON HITT, and the Defendant, SADIE AMBER BRAMLETTE, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for sentencing before Judge William B. Shubb on December 1, 2025.

2. By this stipulation, the defendant now moves to reset the sentencing from December 1, 2025 to January 26, 2026, and to reset the disclosure dates.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

1

a.   According to the PSR disclosure dates, the draft PSR was timely filed. The informal objections are due on November 3, 2025.

b.   Counsel promptly arranged for the draft PSR to be mailed to Ms. Bramlette who is housed at the Yuba County Jail. Counsel continues to facilitate visits with Ms. Bramlette via Zoom at that facility.

c.   The draft PSR contained significant adjustments/additional specific offense characteristics above the estimated guidelines counsel contemplated in the plea agreement. A significant amount of effort needs to be expended in order to prepare the informal objections with Ms. Bramlette in light of these changes and the guidelines calculations. In light of this, counsel submitted an additional request to have forensic data produced in the native format. Approximately one week ago, almost 1 TB of data was provided by the government and counsel needs time to analyze the materials.

d.   Counsel for the defendant requires additional time to thoroughly review the draft PSR with Ms. Bramlette, research and prepare informal objections, consult with her client and relevant experts/providers, and to discuss the consequences and the higher estimated advisory guidelines.

g.   Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h.   The government and probation do not object to the continuance.

i.   Based on the above, the defense requests the following new sentencing date along with new disclosure dates:

    Judgment and Sentencing:                    January 26, 2026

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | January 19, 2026 |
| Formal Objections to the PSR: | January 12, 2026 |
| Final PSR: | January 5, 2026 |
| Counsel's Informal Objections: | December 29, 2025 |

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  October 29, 2025			by:	*/s/Tasha Chalfant for*
						JASON HITT
						Assistant U.S. Attorney
						Attorney for Plaintiff

Dated:  October 29, 2025			by:	*/s/Tasha Chalfant*
						TASHA CHALFANT
						Attorney for Defendant
						SADIE AMBER BRAMLETTE

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for December 1, 2025 be continued to January 26, 2026, along with the following new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | **January 26, 2026. 10:00 a.m.** |
| Reply, or Statement of Non-Opposition: | January 19, 2026 |
| Formal Objections to the PSR: | January 12, 2026 |
| Final PSR: | January 5, 2026 |
| Counsel's Informal Objections: | December 29, 2025 |

IT IS SO FOUND AND ORDERED.

Dated: October 29, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE