ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00139-WBS |
|---|---|
| Plaintiff, | STIPULATION CONTINUING THE SENTENCING HEARING |
| v. | ORDER |
| SADIE BRAMLETTE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on March 9, 2026.

2.    By this stipulation, the parties jointly move to continue the sentencing hearing until March 23, 2026.

STIPULATION CONTINUING
THE SENTENCING HEARING

1

3.    The parties agree and stipulate that both parties need additional time to finalize sentencing memoranda for the Court and government counsel is unavailable due to an unforeseen funeral on the same date as sentencing.

IT IS SO STIPULATED.

ERIC GRANT
United States Attorney

Dated:  March 4, 2026        /s/ *Jason Hitt*
                            JASON HITT
                            Assistant United States Attorney

Dated:  March 4, 2026        /s/ *Tasha Chalfant, Esq.*
                            Tasha Chalfant, Esq.
                            Counsel for Defendant
                            SADIE BRAMLETTE
                            Authorized to sign for Ms.
                            Chalfant on 2/28/26

STIPULATION CONTINUING
THE SENTENCING HEARING

2

**ORDER**

Based on the representations of the parties, the Court continues the sentencing hearing for defendant Sadie Bramlette from March 9, 2026, to March 23, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 5, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING
THE SENTENCING HEARING

3