ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00139-WBS |
| Plaintiff, | STIPULATION CONTINUING THE SENTENCING HEARING |
| v. | ORDER |
| SADIE BRAMLETTE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on March 23, 2026.

2.    By this stipulation, the parties jointly move to continue the sentencing hearing until April 27, 2026.

STIPULATION CONTINUING
THE SENTENCING HEARING

1

3.    The parties agree and stipulate that both parties need additional time to finalize sentencing memoranda for the Court.


IT IS SO STIPULATED.


ERIC GRANT
United States Attorney


Dated:  March 18, 2026          /s/ *Jason Hitt*
                              JASON HITT
                              Assistant United States Attorney


Dated:  March 18, 2026          /s/ *Tasha Chalfant, Esq.*
                              Tasha Chalfant, Esq.
                              Counsel for Defendant
                              SADIE BRAMLETTE
                              Authorized to sign for Ms.
                              Chalfant on 3/18/26

STIPULATION CONTINUING
THE SENTENCING HEARING

2

**ORDER**

Based on the representations of the parties, the Court continues the sentencing hearing for defendant Sadie Bramlette from March 23, 2026, to April 27, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING
THE SENTENCING HEARING

3