TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
SADIE AMBER BRAMLETTE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-0139 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING AND NEW DISCLOSURE DATES; FINDINGS AND ORDER |
| v. | |
| SADIE AMBER BRAMLETTE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JASON HITT, and the Defendant, SADIE AMBER BRAMLETTE, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    By previous order, this matter was set for sentencing before Judge William B. Shubb on June 1, 2026.

2.    By this stipulation, the defendant now moves to reset the sentencing from June 1, 2026 to August 31, 2026.

3.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

a.     Counsel has been unable to meet with Ms. Bramlette on multiple occasions because the facility does not always make Ms. Bramlette available for scheduled meetings.

b.     Counsel needs additional time to discuss filings and verify the contents of a declaration submitted by an unjoined codefendant.

c.     Counsel for the government requires additional time to submit their sentencing memorandum.

d.     Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.     The government and probation do not object to the continuance.

f.     Based on the above, the defense requests the following new sentencing date. All disclosure dates have previously been satisfied.

Judgment and Sentencing:                    August  31, 2026

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  May 27, 2026                    by:    /s/Tasha Chalfant for
                                               JASON HITT
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

Dated:  May 27, 2026                    by:    /s/Tasha Chalfant
                                               TASHA CHALFANT
                                               Attorney for Defendant
                                               SADIE AMBER BRAMLETTE

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for June 1, 2026 be vacated and the new sentencing date be set on August 31, 2026 at 10:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  May 28, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE